United States District Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE PORTILLO, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22cv1819 |
| | § | |
| FIESTA MART, LLC, | § | |
| *Defendant.* | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated July 31, 2024 (Dkt. 42) and the objections thereto (Dkt. 43), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Defendant Fiesta Mart, LLC's Motion for Summary Judgment (Dkt. 20) is **DENIED**.

Docket Call **REMAINS** set for September 13, 2024 (Dkt. 38); the Joint Pretrial Order is due by September 6, 2024.

**SIGNED** at Houston, Texas this ___16th___ day of August, 2024.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE